# RAFF & BECKER, LLP
ATTORNEYS - AT - LAW
470 PARK AVENUE SOUTH, 3RD FLOOR NORTH
NEW YORK, NEW YORK 10016

(212) 732-5400

DAVID RAFF
SUSAN E. SALAZAR*

*Counsel*
MARIA T. GUARNIERI*

*Of Counsel*
ROBERT L. BECKER
JACOB KORDER
  * also admitted in New Jersey

FACSIMILE
(212) 732-0270

E-MAIL ADDRESS
raffd@raffbecker.com

April 9, 2019

**BY ECF**

Hon. Loretta A. Preska, Senior U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

        Re:    Barcia v. Sitkin, 79 Civ. 5831 (LAP);
              Municipal Labor Committee v. Sitkin, 79 Civ. 5899 (LAP)
              **Letter Motion**

Dear Judge Preska:

      Plaintiffs' Counsel submit this letter motion pursuant to Your Honor's instructions during the December 20, 2018 settlement conference. This letter motion respectfully requests that the Court enter an Order:[1]

      a) granting its consent and approval of the enclosed billing statement in the amount of three thousand four hundred seventy-six dollars ($3,476.00);

      b) directing the State of New York to pay the law firm of Raff & Becker, LLP the amount of $3,476.00;

      c) requiring that payment be made within thirty (30) calendar days of the date of the Order in accordance with the procedures set forth in the 1984 Fee Stipulation and Order; and

---

[1] The terms of the order being requested are in accordance with the language in paragraphs 1 and 2 of the Court's December 21, 2018 Amended Order, (79-cv-5831, Document No. 558).

Hon. Loretta A. Preska, Senior U.S.D.J.
April 9, 2019
Page 2

d) directing that if payment is not made within 30 days, interest on any unpaid portion of the above amount shall begin to run on the thirty-first day at the statutory rate pursuant to 28 U.S.C. § 1961.

In support of the motion is the annexed Plaintiffs' Counsel's April 3, 2019 billing statement for services rendered in the month of March 2019, (*see* Exhibit "1"), which is, herein, being filed ECF in accordance with Your Honor's January 6 and January 20, 2016 orders. The annexed billing statement was emailed to defendants and their counsel on April 3, 2019, pursuant to paragraphs 9(a) and (e) of the Re-review Modification Stipulation and Order (entered September 21, 2017 (Document No. 533)) and the procedures set forth in the Court's 1984 Fee Stipulation and Order.

By email dated April 9, 2019, the New York State Attorney General's Office advised that defendants did not object to Plaintiffs' Counsel's April 3, 2019 billing statement. *See* Exhibit 2 (email from Linda D. Joseph, Assistant Attorney General)).

I am also writing to inform Your Honor that Defendants have provided, and Plaintiffs' counsel have now completed their review of, all the re-review files to which they were entitled under the terms of the Re-review Modification Stipulation and Order.

Please advise if the Court needs any additional information or has any questions or concerns.

Respectfully Submitted,

/s/ *David Raff*
David Raff
Lead Class Counsel


Enclosures:   Exhibit 1 — Plaintiffs' Counsel's April 3, 2019 Billing Statement.
              Exhibit 2 — Email from Attorney General's Office advising "no objections."


By Email

cc:   Jane Goldberg, Esq.
      Andrew Amer, Esq.
      Linda D. Joseph, Esq.
           Attorneys for Defendants

# RAFF & BECKER, LLP
ATTORNEYS - AT - LAW
470 PARK AVENUE SOUTH, 3RD FLOOR NORTH
NEW YORK, NEW YORK 10016

(212) 732-5400

DAVID RAFF
SUSAN E. SALAZAR*

*Counsel*
MARIA T. GUARNIERI*

*Of Counsel*
ROBERT L. BECKER
JACOB KORDER
\* also admitted in New Jersey

FACSIMILE
(212) 732-0270

E-MAIL ADDRESS
raffd@raffbecker.com

April 3, 2019

**VIA E-MAIL**

Linda Joseph, Assistant Attorney General
New York State Department of Law, Employment Security Division
Litigation Bureau
28 Liberty Street
New York, NY 10005

       Re: Barcia/MLC v. Sitkin, 79-cv-5831/5899 (LAP)
         <u>Re-Review Modification Stip. Monitoring Fees</u>

Dear Ms. Joseph:

  The attached statement is submitted pursuant to the "Billing" provisions of the Re-review Modification Stipulation and Order dated September 21, 2017, and the terms of the September 27, 1984 Fee Stipulation and Order.

  The enclosed statement reflects my rate of $500.00 per hour, Maria Guarnieri's rate of $325.00 per hour, Jacob Korder's rate of $220.00 per hour and data expert Mary Wiener's rate of $250.00 per hour.

                Very truly yours,

                David Raff

Enclosure

cc: Geraldine Reilly, Chairperson (via e-mail)
   Susan Borenstein, Executive Director (via e-mail)
   Jayson S. Myers, Chief Administrative Law Judge (via e-mail)
   Andrew S. Amer, Special Litigation Counsel (via e-mail)
   Jane Goldberg, Assistant Attorney General (via e-mail)

EXHIBIT 1

**RAFF & BECKER, LLP**
**470 PARK AVENUE SOUTH**
**THIRD FLOOR NORTH**
**NEW YORK, NEW YORK 10016**
**212-732-5400**

**April 3, 2019**

**SUMMARY OF ENCLOSED STATEMENTS FOR**
**SERVICES RENDERED AND COSTS INCURRED**

|  | FEES: | COSTS: | TOTAL: |
|---|---|---|---|
| MLC Re-Review Raff Total: | $ - | $ - | $ - |
| MLC Re-Review Korder Total: | $ 3,476.00 | $ - | $ 3,476.00 |
| TOTALS: | **$ 3,476.00** | $ - | **$ 3,476.00** |

# RAFF & BECKER, LLP

470 Park Avenue South
3rd Floor North
New York, NY  10016

MLC ReReview/Jacob Korder

April 3, 2019
Invoice #  18128

| Date | Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|
| 03/05/2019 | Reviewed A.B. case files: Richard Hathaway, A.B. Case No. 416,346 | 220.00 | 1.40 | 308.00 |
| | Reviewed A.B. case files: Lorraine Earle-Wilson, A.B. Case No. 419,684 | 220.00 | 2.00 | 440.00 |
| 03/06/2019 | Reviewed A.B. case files: James Hawkins, A.B. Case no. 421,777 | 220.00 | 1.20 | 264.00 |
| | Reviewed A.B. case files: Robert Russin, A.B. Case No. 422,833 | 220.00 | 1.30 | 286.00 |
| | Reviewed A.B. case files: Edmond Thomas, A.B. Case No. 604,241 | 220.00 | 1.20 | 264.00 |
| 03/07/2019 | Reviewed A.B. case files: Donald Puhala, A.B. Case No. 604,437 | 220.00 | 2.20 | 484.00 |
| | Reviewed A.B. case files: Sylvester Jones, A.B. Case No. 604,763 | 220.00 | 1.90 | 418.00 |
| 03/08/2019 | Reviewed A.B. case files: John Payne, A.B. Case No. 604,807 | 220.00 | 2.40 | 528.00 |

MLC ReReview/Jacob Korder                                                                 Page   2

|            |                                                                 | Rate   | Hours | Amount   |
|------------|-----------------------------------------------------------------|--------|-------|----------|
| 03/11/2019 | Reviewed A.B. case files: Reiner Thode, A.B. Case No. 604,887   | 220.00 | 2.20  | 484.00   |
|            | For Professional Services Rendered                              |        | 15.80 | 3,476.00 |
|            | Total Current Work                                              |        |       | 3,476.00 |
|            | Balance Due                                                     |        |       | $3,476.00 |
|            | Total Amount Due                                                |        |       | $3,476.00 |

# David Raff

| | |
|---|---|
| **From:** | Joseph, Linda <Linda.Joseph@ag.ny.gov> |
| **Sent:** | Tuesday, April 09, 2019 10:23 AM |
| **To:** | David Raff |
| **Cc:** | Goldberg, Jane; Koton, Steven |
| **Subject:** | Plaintiffs' Counsel's Re-review Modification Stip Billing 4-3-19 |

David,
We have no objections to the 4-3-19 bill.
Thank you.

**Linda D. Joseph | Assistant Attorney General**
New York State Office of the Attorney General
28 Liberty Street, 15th Floor | New York, New York 10005
Tel: (212) 416-6142 | Fax: (212) 416-6147 | Linda.Joseph@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

EXHIBIT 2

1